# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DEEBA PERKINS, | : | |
| | : | CASE NO. |
| Plaintiff, | : | |
| | : | JUDGE |
| v. | : | |
| | : | |
| GEICO CASUALTY COMPANY, et al. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants, GEICO Casualty Company ("GEICO Casualty"), Government Employees Insurance Company ("Government Employees"), GEICO Advantage Insurance Company ("GEICO Advantage"), GEICO Secure Insurance Company ("GEICO Secure"), GEICO Choice Insurance Company ("GEICO Choice"), GECIO General Insurance Company ("GEICO General"), and GEICO Indemnity Company ("GEICO Indemnity"), submit this Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.13.

GEICO Casualty is a wholly-owned subsidiary of GEICO Indemnity.  GEICO Indemnity is a wholly-owned subsidiary of GEICO Corporation.  GEICO General is a wholly-owned subsidiary of Government Employees.  Government Employees is a wholly-owned subsidiary of GEICO Corporation.  GEICO Advantage is a wholly-owned subsidiary of GEICO Corporation. GEICO Secure is a wholly-owned subsidiary of GEICO Corporation.  GEICO Choice is a wholly-owned subsidiary of GEICO Corporation.   GEICO Corporation is an indirect, wholly-owned subsidiary of Berkshire Hathaway, Inc.  No publicly-held company directly owns 10% or more of GEICO Casualty, Government Employees, GEICO Advantage, GEICO Secure, GEICO Choice, GEICO General, or GEICO Indemnity's stock.

Respectfully submitted,

*/s/ Manuel D. Cardona*
Manuel D. Cardona (0098079)
DICKINSON WRIGHT PLLC
180 East Broad Street, Suite 3400
Columbus, Ohio 43215
(614) 591-5468
mcardona@dickinson-wright.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on April 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

    Patrick J. Perotti, Esq. (#0005481)
    Frank A. Bartela, Esq. (#0088128)
    DWORKEN & BERNSTEIN CO., LPA
    60 South Park Place Painesville, OH 44077
    Phone: (440) 352-3391
    Fax: (440) 352-3469
    Email: *pperotti@dworkenlaw.com fbartela@dworkenlaw.com*

    James A. DeRoche (#0055613)
    GARSON JOHNSON LLC
    2900 Detroit Avenue
    Van Roy Building 2nd Floor Cleveland, OH 44113
    Phone: (216) 696-9330
    Fax: (216) 696-8558
    Email: *jderoche@garson.com*

    Erik D. Peterson (PHY to be filed)
    ERIK PETERSON LAW OFFICES, PSC
    110 West Vine Street, Suite 300
    Lexington, KY 40507
    Phone: 800-614-1957
    Email: *erik@eplo.law*

*Counsel for Plaintiff and the Putative Class*

                                                             */s/ Manuel D. Cardona*
                                                             Manuel D. Cardona (0098079)