IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KIMBERLY NICHOLSON,** *et al.***,** Individually and on behalf of all others similarly situated, **Plaintiff,** v. **GEICO CASUALTY COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY,** **Defendants.** | CASE NO. 1:24-cv-00736 JUDGE DAN AARON POLSTER ORDER |

On October 31, 2025, the Court held a zoom status conference. In attendance were: Plaintiffs, Kimberly Nicholson and Kimberly Golphin; Plaintiffs' Counsel Pat Perotti and James DeRoche; Defendants' Client Representative, Matt Kraus; and Defendants' Counsel, Jamie Halavais and Manuel Cardona. Also in attendance was Lacrecia Martin, one of the named plaintiffs in a related class action complaint filed by Plaintiff's Counsel on October 30, 2025. *See* Complaint, Case No. 25-cv-2339, Dkt. No. 1 ("Abdullah Complaint"). The Abdullah Complaint is before the Honorable Judge Charles E. Fleming. The Court discussed the Second Amended Complaint filed in the instant matter ("Nicholson Complaint"), ECF 37, as well as the Abdullah Complaint. The Court also discussed the issues raised in Defendants' Motion to Dismiss. ECF 39.

In that discussion, the parties agreed that Plaintiffs' Counsel would amend the Abdullah Complaint to add Geico Choice Insurance Company as a defendant, and to add the named plaintiffs in the Nicholson Complaint (Kimberly Nicholson, Kimberly Golphin, and Antonio Sanders) as named plaintiffs in the Abdullah Complaint. Defendants stipulated that they would not object to this amendment. Additionally, Defendants also stipulated that they would not re-raise the appraisal

1

issue, which has already been litigated in this matter, in the Abdullah Complaint proceedings. *See also Perkins v. GEICO Cas. Co.*, Nos. 24-3808/3959, 2025 U.S. App. LEXIS 15478 (6th Cir. June 23, 2025) (dismissing Defendants' interlocutory appeal of this Court's denial of their motion to compel the appraisal process for lack of jurisdiction, because the appraisal process is distinguishable from arbitration and is otherwise not a final order).

By amending the Abdullah Complaint to include specific parties from the Nicholson Complaint, there will finally be only one complaint that contains all of the appropriate parties for that litigation. That complaint will proceed before Judge Fleming. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** and Defendants' pending Motion to Dismiss, ECF 39, is **DENIED AS MOOT**. The Case Management Conference scheduled for November 3, 2025, is **CANCELLED**.

        **IT IS SO ORDERED.**

Date: October 31, 2025

        */s/ Dan Aaron Polster*
        Dan Aaron Polster
        United States District Judge